AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

| | | |
|---|---|---|
| Jiri Gaspar | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11 C 7465 |
| DS Waters of America | ) | |
| *Defendant* | ) | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff _____.

☒ other:
Judgment is entered for defendant DS Waters of America and against plaintiff Jiri Gaspar.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Suzanne B. Conlon   on a motion for   summary judgment.

Date:   May 22, 2013

Thomas G. Bruton, Clerk of Court

/s/ Marsha Glenn
Marsha Glenn, Deputy Clerk

sbc