UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIRI GASPAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-cv-7465 |
| vs. | ) | |
| | ) | |
| DS WATERS OF AMERICA, INC. | ) | Judge Suzanne B. Conlon |
| | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

## NOTICE OF APPEAL BY JIRI GASPAR

Pursuant to the Federal Rules of Appellate Procedure 3, the Plaintiff, Jiri Gaspar, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Minute Order (Dkt #47), the Memorandum Opinion and Order (Dkt # 48) and the Judgment Order (Dkt #49) entering final judgment in favor of the Defendant, DS Waters of America on May 22, 2013.

JIRI GASPAR

By: /s/ Andrew J. Cohen

Andrew J. Cohen
Marshall J. Burt
77 West Washington Street
Suite 1300
Chicago, IL 60602
Tel: (312) 419-1999

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, hereby certifies that on June 21, 2013, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of this filing to all attorneys of record.

By:/s/ Andrew J. Cohen