# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 28, 2014

*By the Court:*

| No.: 13-2370 | JIRI GASPAR,<br>Plaintiff - Appellant<br><br>v.<br><br>DS WATERS OF AMERICA,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-07465<br>Northern District of Illinois, Eastern Division<br>District Judge Suzanne B. Conlon ||

    Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on March 28, 2014, by counsel for the appellant,

    **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Christine Duffy Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)